■ In the Matter of BONNIE ECKERT, Respondent, v SCOTT ECKERT, Appellant. — Appeal from an order of the Family Court of Delaware County (Farley, J.), entered December 21, 1982, which, *inter alia,* denied respondent father's petition for modification of a prior order of that court granting physical custody of the parties' child to petitioner mother. Order affirmed, without costs, on the opinion of Family Court Judge Richard H. Farley. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.